UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

IN RE JOSEPH LLEWELLYN WORRELL          Chapter 13
a/k/a JOEY WORRELL,                                      Case No. 09-15332-EPK
                              Debtor
_____/

JOSEPH LLEWELLYN WORRELL                   Adversary Proceeding Case No.: 16-01046
a/k/a JOEY WORRELL,
                              Plaintiff,
vs.

EMIGRANT MORTGAGE COMPANY, INC.,
RETAINED REALTY, INC.,
CHAD INGRAM, SANAA INGRAM and
ILKKA JUHANI SYSMETSA,
                              Defendants,
_____/

**MOTION TO STRIKE PLAINTIFF'S MOTION FOR TO RECONSIDER ORDER
DISMISSING COMPLAINT AND MOTION FOR REHEARING [Dkt 53] AND
<u>INCORPORATED MEMORANDUM OF LAW</u>**

Defendants EMIGRANT MORTGAGE COMPANY, INC., and RETAINED REALTY,

INC., file this, their Motion to Strike Plaintiff's Motion to Reconsider Order Dismissing

Complaint and Motion for Rehearing [Dkt 53], and as grounds therefore, state as follows:

**1.**    On April 13, 2016, this Court granted the Joint Motion to Dismiss Adversary

Complaint filed by Emigrant Mortgage Company and Retained Realty, Inc. [Dkt. 17].

**2.**    On April 27, 2016, Plaintiff WORRELL, acting Pro se, filed Plaintiff's Motion for

Reconsideration [Dkt 53]. As Plaintiff is represented by counsel, the Motion was filed in

violation of Local Rule 9010-1(B)(2) and should be stricken. Local Rule 9010-1(B)(2) provides:

(2)     Parties Already Represented by Attorney.  A party who has appeared by attorney cannot thereafter appear or act in his or her own behalf in the case or proceeding–unless the attorney shall first have withdrawn as the attorney pursuant to Local Rule 2091-1–except to file a proof of claim, notices filed under Local Rule 3070-1(B), or a ballot, or to attend and inquire at the meeting of creditors; provided, that the court may in its discretion hear a party in open court, notwithstanding the fact that the party has appeared by or is represented by an attorney.

**3**.  WORRELL is represented by Nadine V. White-Boyd, Esq., of Markarian, Frank White-Boyd & Hayes, and has been represented by counsel since the initiation of the instant now dismissed adversary complaint [Dkt 1]. WORRELL'S counsel has not withdrawn from representation. As WORRELL is represented by counsel, submission of a pro se Motion for Reconsideration is improper.

> [U]ntil withdrawal is permitted, the only way that the debtor can properly file a response or other pleading is through counsel. Moreover, as the case of *In re Wilson*, 282 B.R. 278 (Bankr.M.D.Ga.2002), makes clear, the lawyer must represent the debtor in adversary proceedings relating to the case until leave to withdraw is granted.

*In re Egwim*, 291 B.R. 559, 578-79 (Bankr. N.D. Ga. 2003).[1]  Thus, the Motion should be stricken.

WHEREFORE, Defendants EMIGRANT MORTGAGE COMPANY, INC., and RETAINED REALTY, INC., respectfully request that this Court strike WORRELL'S Motion for Reconsideration, and award such other relief as appropriate.

---

[1] The Northern District of Georgia Bankruptcy Court Local Rule now reads as follows:
BLR 9010-4(b) Pro Se Appearance Limitation. A party represented by an attorney may not appear or act in the party's own behalf in the case or proceeding or take any step therein unless the party has first given notice to the attorney of record and to the opposing party that the party intends to act pro se. Nonetheless, the Court may, in its discretion, hear a party in open court even though the party has previously appeared, or is represented by, an attorney.

2

*Case No. 09-15332-EPK*
*Adversary Proceeding Case No.: 16-01046*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing have been furnished via CM/ECF and U.S. Regular Mail to Joseph Llewellyn Worrell, P.O. Box 30071, West Palm Beach, Florida, and via email to joworr@yahoo.com; joseph.worrell@navy.mil; Nadine V. White-Boyd, Esq., Attorney for Plaintiff, Markarian, Frank White-Boyd & Hayes at 2925 PGA Blvd., Suite 204, Palm Beach Gardens, Florida 33410; and Seth P. Traub, Esq., Attorney for Defendants, Chad Ingram, Sanaa Ingram and Ilkka Juhani Sysimetsa, Shumaker, Loop & Kendrick, LLP at  101 East Kennedy Blvd., Suite 2800, Tampa, Florida 33602 on this **2** day of May, 2016.

Becker & Poliakoff, P.A.
Attorneys for Emigrant and Retained Realty
1511 N. Westshore Blvd., Suite 1000
Tampa, FL 33607
(813) 527-3900  Telephone
(813) 286-7683  Facsimile

By: ____s/Lisa M. Castellano_____
Steven M. Davis
Florida Bar # 894249
Lisa M. Castellano, Esq.
Florida Bar #748447

ACTIVE: 8475329_2

LAW OFFICES
BECKER & POLIAKOFF, P.A.
121 ALHAMBRA PLAZA, 10TH FLOOR • • CORAL GABLES, FL  33134
TELEPHONE (305) 262-4433