

**ORDERED in the Southern District of Florida on May 19, 2016.**

*Erik P. Kimball, Judge*
*United States Bankruptcy Court*

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Joseph Llewellyn Worrell

Case No. 09-15332-EPK
Chapter 13
Adversary Proceeding No. 16-01046
U.S. District Court Case No. 16-cv-80694-KAM

_____Debtor_____/

Joseph Llewellyn Worrell

_____Plaintiff,_____
vs.

Emigrant Mortgage Company
Retained Realty, Inc.

_____Defendant_____/

## ORDER DISMISSING BANKRUPTCY APPEAL

A Notice of Appeal was filed on  05/02/2016 , by  Joseph Worrell  appealing an order entitled Order Granting Defendant Emigrant Mortgage Company's And Retained Realty (#47)

(rev. 12/01/15)

Page 1 of 2

A review of the record indicates that:

- [ ] The appeal was filed after the time specified in Bankruptcy Rule 8002. [See also Local Rule 8002-1(A).]
- [✓] Appellant failed to timely file the designation of the items for the record or its statement of the issues as required by Bankruptcy Rule 8009. [See also Local Rule 8009-1(A).]
- [ ] A "Notice of Deficiency Related to Filing an Appeal" was provided by the Clerk to the appellant indicating that the filing fee required by Bankruptcy Rule 8003(a)(3)(c) has not been remitted and the appellant has not timely remedied this deficiency. [See also Local Rule 8003-1.]

Accordingly, it is

**ORDERED** that this appeal is DISMISSED as authorized and directed by Local Rule 87.4(c) of the U.S. District Court.

**###**

The clerk shall serve a copy of this order on all parties to the appeal and the U.S. Trustee

(rev. 12/01/15)