


**ORDERED in the Southern District of Florida on December 6, 2016.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:** **Case No. 09-15332-EPK**
**Chapter 13**

**JOSEPH LLEWELLYN WORRELL,**

**Debtor.**
______________________________________/

**JOSEPH LLEWELLYN WORRELL,**

**Plaintiff,**

**v.** **Adv. Proc. No. 16-01046-EPK**

**EMIGRANT MORTGAGE COMPANY, and RETAINED REALTY, INC.,**

**Defendants.**
______________________________________/

**AMENDED ORDER ENJOINING JOSEPH WORRELL AND AWARDING SANCTIONS**

THIS MATTER came before the Court for hearing on November 2, 2016 upon *Defendant Emigrant Mortgage Company, Inc.'s Motion for Sanctions, Injunctive Relief, and Incorporated Memorandum of Law* [ECF No. 134] (the "Motion") filed by Emigrant Mortgage

Company, Inc. (the "Defendant"). In the Motion, the Defendant requests this Court to enjoin Joseph Llewellyn Worrell from future filings against the Defendant without prior court approval and requests sanctions be awarded against Mr. Worrell and in favor of the Defendant in the form of attorney's fees and costs. For the reasons stated on the record at the hearing, and having considered the *Affidavit of Attorney's Fees* [ECF No. 141-1], it is ORDERED and ADJUDGED that:

1. The Motion [ECF No. 134] is GRANTED IN PART to the extent provided herein.

2. Joseph Llewellyn Worrell is ENJOINED from filing in this Court any new action, complaint, motion, objection or request for relief against, or in any regard affecting, Emigrant Mortgage Company, Inc., or any of its affiliates, subsidiaries, or attorneys, unless the following procedures are satisfied:

    a. If Mr. Worrell wishes to file any document in this Court affecting Emigrant Mortgage Company, Inc., or any of its affiliates, subsidiaries, or attorneys, he shall first file a motion requesting authority to file such document with the Court, accompanied by a complete, signed original (with exhibits if any) of the document Mr. Worrell wishes to file. Mr. Worrell shall serve any such motion for authority to file (with attachments) on Emigrant Mortgage Company, Inc. and on any other affected party, and shall include with the motion a certificate of service attesting to such service consistent with the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court. The Court will not schedule a hearing on any such motion for authority to file.

    b. In any such motion for authority to file, Mr. Worrell shall explain in detail why the Court should permit him to file the proposed document. The Court

will issue a written order addressing whether Mr. Worrell shall be permitted to file the proposed document.

c. If and to the extent the Court grants any such motion for authority to file, the Court will either direct the Clerk to file the proposed document (with exhibits if any) provided by Mr. Worrell with the motion for authority to file or will direct Mr. Worrell to file an appropriate document.

d. If the Clerk receives any documents covered by this Order from Mr. Worrell by mail, in person, or by electronic filing, that are not preceded by the above-described motion requesting authority to file, the Clerk of Court shall refuse to accept the filed documents and shall shred them. The Clerk shall not return any such documents to Mr. Worrell.

3. The Clerk shall accept documents filed in connection with any pending appeal and follow the standard transmittal procedures.

4. To the extent the Motion requests this Court to enjoin Mr. Worrell from filing documents in any other court, including the District Court for the Southern District of Florida, such relief is DENIED.

5. Not later than January 5, 2017, Mr. Worrell shall pay to the Defendant the sum of $3,907.50, as a sanction, for attorney's fees and costs incurred by the Defendant. Mr. Worrell shall send such payment, made payable to "Emigrant Mortgage Company, Inc.," to counsel for the Defendant, Lisa M. Castellano, Esq., 1511 N. Westshore Blvd., Suite 1000, Tampa, Florida 33607, so as to be received no later than January 5, 2017. The Court finds that such attorney's fees and costs are reasonable under the circumstances of this case and are a proper sanction against Mr. Worrell for his inappropriate actions as addressed in the Motion.

###

Copies furnished to:

Lisa M. Castellano, Esq.

*Lisa M. Castellano, Esq. is directed to serve a copy of this Order on all appropriate parties and to file a certificate of service with the Court.*